■ ROBERT M. BLOCK, Appellant, v MARSHA A. BLOCK, Respondent.—In an action for a divorce and ancillary relief, the plaintiff husband appeals, as limited by his brief, from all the provisions of a judgment of the Supreme Court, Nassau County (Burstein, J.), entered February 10, 1986, except those provisions which granted each party a divorce.

Ordered that the judgment is affirmed insofar as appealed from, with costs, for reasons stated by Justice Burstein. Mangano, J. P., Brown, Niehoff and Eiber, JJ., concur.